v.

STATE of Missouri, Respondent.

No. 73300.

Missouri Court of Appeals,
Eastern District,
Division One.

July 7, 1998.

STATE of Missouri, Plaintiff/Respondent,

v.

Travis TITTLE, Defendant/Appellant.

No. 72784.

Missouri Court of Appeals,
Eastern District,
Division One.

July 7, 1998.

Rebecca J. Grosser, Hillsboro, for defendant/appellant.

Robert G. Wilkins, Beth B. Hogan, Hillsboro, for plaintiff/respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Travis Tittle appeals his conviction for Assault of a Law Enforcement Officer, Third Degree, in violation of Section 565.083, RSMo (1994). Tittle was sentenced by the trial court to six months imprisonment in the Jefferson County Jail.

We have read the briefs and reviewed the legal files. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment affirmed in accordance with Rule 30.25(b).